# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERKINS, et. al,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, et. al,<br><br>Defendant.<br>_____ / | CASE NO. CV-F-08-0687 LJO SMS<br><br><br><br><br>**BRIEFING SCHEDULE**<br><br>Oppositions Due:   March 13, 2009<br>Replies Due:         March 20, 2009<br>Hearing:   Date: March 30, 2009<br>                 Time: 8:15 a.m.<br>                 Court: 4 (LJO) |

The parties separately filed motions for summary judgment in this action on February 18, 2009 and February 24, 2009. This Court recognizes the pending motions as cross-motions for summary judgment. Accordingly, the Court SETS the following briefing schedule to apply to both motions:

1. Oppositions for defendant's motion (Doc. 11) and plaintiff's motion (Doc. 16) shall be filed and served no later than **March 13, 2009**;

2. Replies for defendant's motion and plaintiff's motion shall be filed and served no later than **March 20, 2009**; and

3. A hearing for both motions for summary judgment is set for **March 30, 2009** at 8:15 a.m. in Courtroom 4 (LJO). The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:   February 25, 2009**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

1