# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERKINS, et. al, | CASE NO. CV-F-08-0687 LJO SMS |
| Plaintiff, | |
| vs. | |
| MARYLAND CASUALTY COMPANY, | **BRIEFING SCHEDULE ORDER** |
| Defendant. | Oppositions Due:   March 13, 2009 |
| | Replies Due:   March 20, 2009 |
| | Hearing:   Date: March 30, 2009 |
| | Time: 8:15 a.m. |
| / | Court: 4 (LJO) |

The parties separately filed motions for summary judgment in this action on February 18, 2009 and February 24, 2009. This Court recognizes the pending motions as cross-motions for summary judgment. Accordingly, the Court SETS the following briefing schedule to apply to both motions:

1. Oppositions for defendant's motion (Doc. 11) and plaintiff's motion (Doc. 16) shall be filed and served no later than **March 13, 2009**;

2. Replies for defendant's motion and plaintiff's motion shall be filed and served no later than **March 20, 2009**; and

3. A hearing for both motions for summary judgment is set for **March 30, 2009** at 8:15 a.m. in Courtroom 4 (LJO). The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680. IT IS SO ORDERED.

**Dated:   February 26, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1