IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERKINS, et. al, | CASE NO. CV-F-08-0687 LJO SMS |
| Plaintiff, | |
| vs. | **ORDER TO SET PRETRIAL CONFERENCE** |
| MARYLAND CASUALTY COMPANY, | Date:  October 13, 2010<br>Time:  8:30 a.m.<br>Court: 4 (LJO) |
| Defendant. | |

This action has returned from appeal. The mandate from the appellate court was issued on August 11, 2010. The parties participated in a September 15, 2010 settlement conference. The parties failed to settled. Accordingly, this Court SETS a pretrial conference to take place on October 13, 2010 at 8:30 a.m. in Courtroom 4 (LJO). The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680. The parties must submit a joint pre-trial statement no later than October 6, 2010. The pretrial statement shall be filed and emailed to ljoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   September 16, 2010**                    /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE