James H. Wilkins, #116364   (SPACE BELOW FOR FILING STAMP ONLY)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, CHRISTOPHER PERKINS,
an individual and CALIFORNIA ONCOLOGY OF
THE CENTRAL VALLEY MEDICAL GROUP, INC.
A California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERKINS, an individual and CALIFORNIA ONCOLOGY OF THE CENTRAL VALLEY MEDICAL GROUP, INC. A California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY and Does 1 through 50, inclusive.<br><br>Defendants. | Case Number 1:08-CV-00687 LJO-SMS<br><br>ORDER DISMISSING COMPLAINT<br><br><br>Action Filed: April 8, 2008<br>Trial Date:    Not Set |

IT IS HEREBY ORDERED pursuant to the stipulation of Plaintiffs Christopher Perkins and California Oncology of the Central Valley Medical Group, Inc. and Defendant Maryland Casualty Company that Defendant Maryland Casualty Company is dismissed from Plaintiffs' complaint with prejudice. This resolves the entire matter. Each party to bear their own costs as to the action. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 20, 2010**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE